10911.    CENTRAL OF GEORGIA RAILWAY Co. *v.* SPARKS.

SMITH, J. The allegations in the petition in this case and the amendment thereto are substantially the same as those in the case of *Smith* v. *Central of Georgia Ry. Co.,* 22 *Ga. App.* 572 (96 S. E. 570), and the ruling made in that case controls the decision of this case. The court

erred in allowing the amendment, and in thereafter overruling the de-
murrer to the petition as amended.

    *Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*
           DECIDED DECEMBER 23, 1919.

Action for damages; from Talbot superior court—Judge Howard.
September 1, 1919.

  *Battle & Hollis,* for plaintiff in error.

  *J. J. Bull & Son,* contra.